538                    February 25, 2026                    No. 170

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

Carrissa M. VINSON,
*Petitioner-Appellant,*

*v.*

Shane Michael HURT,
*Respondent-Respondent.*

Benton County Circuit Court
1130351; A183257

Joan E. Demarest, Judge.

Argued and submitted June 6, 2025.

Carrissa Vinson argued the cause and filed the brief *pro se*.

No appearance for respondent.

Before Shorr, Presiding Judge, Powers, Judge, and O'Connor, Judge.

PER CURIAM

Affirmed.

**PER CURIAM**

Mother appeals from a supplemental judgment granting father custody of the parties' two children after the trial court determined that it was in their best interest that father have custody. As we understand it, mother argues on appeal that certain findings made by the trial court as part of that determination were not supported by the record. We affirm.

We are bound by the trial court's factual findings that are supported by evidence in the record and review the trial court's best-interests determination for abuse of discretion. *Campbell v. Tardio*, 261 Or App 78, 83, 323 P3d 317 (2014).

Mother challenges the trial court's findings that there has not been any abuse of one parent by the other and that father "has been demonstrating interest in facilitating a close and continuing relationship between mom and the girls." We have reviewed the record and conclude that the trial court's findings were supported by witness testimony. Furthermore, having considered the trial court's evaluation of the ORS 107.137(1) factors based on the record presented to it, we see no legal error.

Affirmed.